692

Cole Steel Equipment Company, Inc., Appellee, v. Spitzer's Office Furniture House, Inc., Appellant.

Gen. No. 43,163.

Heard in the second division, first district, this court at the October term, 1944; opinion filed April 19, 1945; released for publication May 2, 1945. Cohon & Goldstein, for appellant; Mayer, Altheimer & Kabaker, for appellee; Irving B. Naiburg and Joseph J. Strasburger, Jr., of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.